IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER XAVIER BRODEUR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | NO. CIV-24-0306-HE |
| ) | |
| US GOVERNMENT, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner Christopher Xavier Brodeur has filed a habeas corpus petition. Pursuant to 28 U.S.C. § 636(b)(1)(B),(C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings. On April 10, 2024, Judge Mitchell issued a Report and Recommendation recommending the court dismiss petitioner's petition for writ of habeas corpus without prejudice based on petitioner's failure to follow the court's rules and orders. Petitioner was advised of his right to object to the Report and Recommendation by May 1, 2024. No objection has been filed. Petitioner has therefore waived his right to appellate review of the factual and legal issues addressed in the report. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #6] and **DISMISSES** petitioner's petition for writ of habeas corpus without prejudice for failure to follow the court's rules and orders.

**IT IS SO ORDERED**.

Dated this 16th day of May, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE